**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| THE LAMAR COMPANIES | : | No. 879 MAL 2015 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| | : | |
| BRAD ARIC, L.L.C., PRIME DIVERSIFIED | : | |
| SERVICES, L.L.C. AND GLORY DAYS | : | |
| INVESTMENTS, L.L.C. | : | |
| | : | |
| | : | |
| PETITION OF: PRIME DIVERSIFIED | : | |
| SERVICES, L.L.C. AND GLORY DAYS | : | |
| INVESTMENTS, L.L.C. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.